# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JASON SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0674

_____

May 17, 2024

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Jason Smith, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jonathan S. Tannen, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.